AO 442 (Rev. 01/09) Arrest Warrant

11772910

## UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JENNIFER BRUNENKANT

*Defendant*

Case: 1:25-cr-00056
Assigned To : AliKhan, Loren L.
Assign. Date : 2/27/2025
Description: INDICTMENT (B)

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JENNIFER BRUNENKANT
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
26 U.S.C. § 7201 (Attempt to Evade or Defeat Tax)

26 U.S.C. § 7202 (Failure to Collect, Account For, and Pay over Trust Fund Taxes)

26 U.S.C. § 7203 (Failure to File Return, Supply Information, or Pay Tax)

Date: 02/27/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/28/2025, and the person was arrested on *(date)* 3/6/2025
at *(city and state)* Washington, DC

Date: 3/6/2025

*Arresting officer's signature*

Philippa Nash, IRS - CI Special Agent
*Printed name and title*